AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Edgar Soto Catares | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| Othellos Deli, Inc. d/b/a Othello Deli, and Angelo Beninati, | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.   1:24-cv-01059-EK-JAM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Othellos Deli, Inc. d/b/a Othello Deli
26-19 24th Avenue
Astoria, New York 11102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Samuel, Esq.
THE SAMUEL LAW FIRM
1441 Broadway - Suite 6085
New York, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 02/12/2024

*s/Kimberly Davis*



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Edgar Soto Catares | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  24-cv-1059  EK-JAM |
| Othellos Deli, Inc. d/b/a Othello Deli, and Angelo Beninati, | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Angelo Beninati
c/o Othello Deli
26-19 24th Avenue
Astoria, New York 11102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Samuel, Esq.
THE SAMUEL LAW FIRM
1441 Broadway - Suite 6085
New York, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
_CLERK OF COURT_

s/Kimberly Davis

Date: ___2/12/2024___   _____
_Signature of Clerk or Deputy Clerk_